An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

NICHOLAS JAMES WILLING,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE;
AND THE HONORABLE ROBERT W.
LANE, DISTRICT JUDGE,
Respondents,
    and
NYE COUNTY DISTRICT ATTORNEY;
ANGELA A. BELLO; AND KIRK VITTO,
Real Parties in Interest.

No. 68215

**FILED**

JUL 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a pro se petition for a writ of extraordinary relief. Petitioner seeks a hearing on whether the district court and the Nye County District Attorney's Office are subject to sanctions for having ignored petitioner's "warning" that the Nevada Revised Statutes are invalid because a joint resolution of the Legislature lacks an enacting clause. We decline to exercise original jurisdiction in this matter. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228-29, 88 P. 3d 840, 844 (2004). To the extent petitioner challenges the validity of his judgment of conviction, such claims must be raised in a post-conviction petition for a

15-22300

writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Robert W. Lane, District Judge
Nye County District Attorney
Nicholas James Willing
Attorney General/Carson City
Nye County Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.